JOHN V. SPILOTRO, ESQ.
Nevada Bar No. 4134
THE LAW OFFICES OF
JOHN V. SPILOTRO, ESQ., P.C.
626 South Third Street
Las Vegas, Nevada  89101
Telephone:  (702) 385-4994
Facsimile:  (702) 385-5125
Email:    lisa@spilotroandkulla.com
Attorneys for DEFENDANT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 2:13-cr-00395-GMN-GWF |
| Plaintiff, | ) | |
| vs. | ) | |
| JASON ERIC JOHNSON | ) | |
| RICKY RICARDO PLAZOLA | ) | |
| Defendant | ) | |

**STIPULATION TO MODIFY CONDITIONS OF RELEASE AS TO DEFENDANT RICKY RICARDO PLAZOLA**

**IT IS HEREBY STIPULATED and AGREED** by and between Robert Knief, Assistant United States Attorney, John V. Spilotro, Esq. attorney for Defendant Ricky Ricardo Plazola that the previously imposed condition of release as to Defendant Ricky Ricardo Plazola requiring drug testing be modified whereby Defendant be released from drug testing.

///

///

1

This Stipulation is entered into for the following reason:

1. That based on counsel's conversation with United States Pretrial Services Officer Zack Bowen, that Pretrial Services will defer to the Government and the Court on this Request. United States Pretrial Services had no formal objection to this Stipulation. Defendant Ricky Ricardo Plazola has been under the supervision of United States Pretrial Services since October 29, 2013

**DATED** this 3rd day of April, 2015

| **UNITED STATES ATTORNEY** | **LAW OFFICES OF JOHN V. SPILOTRO** |
|---|---|
| _____/s/_____ | _____/s/_____ |
| ROBERT KNIEF, USA | JOHN V. SPILOTRO, ESQ. |
| 333 Las Vegas Blvd. S | Nevada Bar No. 4134 |
| Las Vegas, Nevada 89101 | 626 South Third Street |
| Attorney for Plaintiff | Las Vegas, Nevada 89101 |
| | Tel: 702-385-4994 |
| | Attorney for Defendant Ricky Ricardo Plazola |

**ORDER**

Based upon the pending Stipulation of counsel, and good cause appearing, therefore, the Court Orders that:

The previously imposed condition of release as to Defendant Ricky Ricardo Plazola requiring drug testing is modified whereby Defendant no longer has to submit to drug testing.

**DATED** this 6th day of April, 2015

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

_____/s/_____
JOHN V. SPILOTRO, ESQ.
Attorney for Ricky Ricardo Plazola

2